# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05cv324

| | |
|---|---|
| CHARLES MCMAHON, | ) |
| **Plaintiff,** | ) |
| Vs. | ) **ORDER** |
| SYNTHRON, INC., | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Extension of Time to Respond to Defendant's First Set of Interrogatories. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Extension of Time to Respond to Defendant's First Set of Interrogatories (#19) is **GRANTED,** and plaintiff is allowed up to and inclusive of April 3, 2006, to so respond.

Signed: March 10, 2006

Dennis L. Howell
United States Magistrate Judge